1  Ann M. Cerney, SBN: 068748
   Attorney at Law
2  42 North Sutter Street, Suite 400
   Stockton, California 95202
3  Telephone: (209) 948-9384
   Facsimile:  (209) 948-0706
4
   Attorney for Plaintiff
5

6

7

8  **UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

9                                  —o0o—

10 NARY KMBUAAR,,                          CASE NO. 2:13-CV-00829-EFB

11             Plaintiff,                  **[proposed] ORDER EXTENDING
                                           PLAINTIFF'S TIME TO FILE A MOTION
12 vs.                                     FOR SUMMARY JUDGMENT**

13 CAROLYN W. COLVIN,
   Acting Commissioner of Social Security,
14
               Defendant.
15 _____/

16     Pursuant to the stipulation of the parties showing good cause for a requested first

17 extension of Plaintiff's time to file a Motion For Summary Judgment, the request is hereby

18 APPROVED.

19     Plaintiff shall file her Motion For Summary Judgment on or before November 18, 2013.

20     SO ORDERED.

21 DATED:  September 20, 2013.

22                                         _____
                                           EDMUND F. BRENNAN
23                                         UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER  EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT